U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1 2007

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

TERRY JAMES MACKEY, §
§
    Petitioner, §
§
v. § 2:07-CV-0168
§
LARRY WILSON, Administrator, §
Hall County Jail, §
§
    Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the federal habeas corpus application filed by petitioner TERRY JAMES MACKEY. On September 11, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed for failure to exhaust state court remedies. No objections to the Report and Recommendation have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _1st_ day of _October_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE